UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

In re:                                               :
                                                     :    Chapter 7
RACHEL WILLIAMS,                                      :    Case No.  25-22943 (SHL)
                                                     :
                              Debtor(s).             :
-------------------------------------------------------------
                                                     x

**STIPULATION AND ORDER
EXTENDING TRUSTEE'S AND UNITED STATES
TRUSTEE'S TIME TO OBJECT TO THE DEBTOR'S DISCHARGE,
<u>EXEMPTIONS AND/OR FILE MOTION UNDER 11 U.S.C. § 707(b)</u>**

IT IS HEREBY STIPULATED AND AGREED by and among the Debtor, the

Trustee and the United States Trustee as follows:

1.      The time period within which the Trustee and the United States Trustee

may object to the Debtor's discharge pursuant to 11 U.S.C. § 727; and/or object to exemptions

pursuant to Federal Rule of Bankruptcy Procedure 4003(b); and/or the United States Trustee's

time to file a motion pursuant to 11 U.S.C. § 707(b) be and are hereby extended to and including

April 13, 2026, without prejudice to any further extension of time that the United States Trustee

or the Trustee may seek.

2.      This stipulation may be executed in counterparts and each such

counterpart together with the others shall constitute one and the same instrument, and facsimile

and scanned signatures herein shall be deemed to be original signatures.

3.      The parties hereto consent to the entry of the stipulation as an order in this Chapter 7 case.


Dated:   Scarsdale, New York               DEBTOR/ATTORNEY FOR DEBTOR
          November 13, 2025               By:

                                      /s/ Dawn Kirby
                                    Name: Dawn Kirby, Esq.
                                    700 Post Road, Suite 237
                                    Scarsdale, New York 10583
                                    Tel:  914.401.9500


Dated:   New York, New York              HOWARD P. MAGALIFF,
          November 13, 2025               Chapter 7 Trustee
                                      By:

                                      /s/ Howard P. Magaliff
                                    437 Madison Avenue, 24th Floor
                                    New York, NY 10022
                                    Tel:  646.453.7851
                                    Email: *trustee@r3mlaw.com*


Dated:   New York, New York              WILLIAM K. HARRINGTON
          November 14, 2025               UNITED STATES TRUSTEE
                                      By:

                                      /s/ Paul Schwartzberg
                                    Paul Schwartzberg, Trial Attorney
                                    Office of the United States Trustee
                                    Alexander Hamilton Custom House
                                    One Bowling Green, Room 534
                                    New York, NY 10004-1408
                                    Tel:  212.510.0500


SO ORDERED this _____

day of _____, 2025



_____
SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE


2

4856-2594-5708, v. 1