

**R3M LAW, LLP**

HOWARD P. MAGALIFF

Direct 646.453.7854
Cell 203.417.4070
Fax 212.913.9642
Email hmagaliff@r3mlaw.com

November 14, 2025

**BY ECF**

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    Rachel Williams
              Case No. 25-22943  (SHL)

Dear Clerk:

Please set a claims bar date for the above-referenced case.  I have determined that there may be funds available for distribution to creditors.

If you have any questions, please do not hesitate to contact me.

Thank you.

Sincerely,

Howard P. Magaliff