# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Rachel Williams

Social Security/Taxpayer ID/Employer ID/Other Nos.:
xxx–xx–8409

CASE NO.: 25–22943–shl

CHAPTER: 7

TRUSTEE:

Howard P. Magaliff
Howard P. Magaliff – Chapter 7 Trustee
437 Madison Avenue
24th Floor
New York, NY 10022

Telephone: 646–453–7851

---

## NOTICE OF POSSIBLE PAYMENT OF DIVIDENDS
## AND OF LAST DATE TO FILE CLAIMS

To the creditors of the above named debtor:

As a result of the administration of the debtor's estate, a dividend to creditors now appears possible. You are hereby advised of the opportunity to file a claim in order to share in any distribution. A creditor must file a Proof of Claim whether or not the debt is included in the list of creditors filed by the debtor.

The Proof of Claim must be filed on or before February 17, 2026.

Please take further notice that if you have a Proof of Claim on file or one has been filed on your behalf, do not file again.

A Proof of Claim form has not been included with this notice but one is available online at www.uscourts.gov and on the court's website, www.nysb.uscourts.gov. All Proofs of Claim must be filed electronically on the Court's website or mailed to the court at the above address.

Dated: November 14, 2025

Vito Genna
Clerk of the Court