# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: admin | Date Created: 11/14/2025 |
| Case: 25–22943–shl | Form ID: pdn | Total: 29 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| tr | Howard P. Magaliff | trustee@r3mlaw.com |
| aty | Dawn Kirby | dkirby@kacllp.com |
| aty | Howard P. Magaliff | trustee@r3mlaw.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Rachel Williams    15 Beacon Hill Road    Ardsley, NY 10502 |
| smg | N.Y. State Unemployment Insurance Fund    P.O. Box 551    Albany, NY 12201–0551 |
| smg | New York State Tax Commission    Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205–0300 |
| smg | United States Attorney's Office    Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| 8627941 | Abby Rosemarinm Esq.    Berkman Bottger Newman & Schein LLP    445 Hamilton Avenue, 15th Floor    White Plains, NY 10601 |
| 8627942 | Abrams Fensterman, LLP    81 Main Street, Suite 400    White Plains, NY 10601 |
| 8627943 | American Express    Attn: Legal Department    200 Vesey Street    New York, NY 10285 |
| 8627944 | Borah, Goldstein, Altschuer, Nahins    Goidel, PC, Attn: Anthony J. Novella, Es    377 Broadway, 7th Floor    New York, NY 10013 |
| 8640816 | CAL AUTOMOTIVE    CERTIFIED AUTO LEASING    4556 S.BROAD STREET    YARDVILLE, NJ 08620 |
| 8627945 | CAL Automotive    300 Horizon Center Blvd    Hamilton, NJ 08691–1919 |
| 8627946 | Capital One    PO Box 31293    Salt Lake City, UT 84131–0293 |
| 8627947 | Internal Revenue Service    Centralized Insolvency Operations    PO Box 7346    Philadelphia, PA 19101–7346 |
| 8627948 | Jo–Ann Cambareri, Esq.    Gittridge & Cambareri, PC    222 Bloomingdale Road, #301    White Plains, NY 10605 |
| 8627949 | Jpmcb    PO Box 15369    Wilmington, DE 19850–5369 |
| 8627950 | Jpmcb Card    PO Box 30281    Salt Lake City, UT 84130–0281 |
| 8627951 | Ken Barish    280 N Central Avenue    Hartsdale, NY 10530 |
| 8627952 | Mark Elkins, Diane Elkins, Hollie Elkins    and Robin Elkins    113 West 78th Street, Apt. 2    New York, NY 10024 |
| 8627954 | NYC Corporation Counsel    100 Church Street, RM 5–240    New York, NY 10007 |
| 8627955 | NYC Dept. of Finance    Office of Legal Affairs    375 Pearl Street, 30th Street    New York, NY 10038 |
| 8627956 | NYS Dept. of Taxation & Finance    Bankruptcy/ Special Procedures Section    PO Box 5300    Albany, NY 12205–0300 |
| 8627953 | National Association of Letter Carriers    Health Benefit Plan. Attn: Legal Departm    20547 Waverly Court    Ashburn, VA 20149 |
| 8627957 | Office of the United States Trustee    Alexander Hamilton Custom House    One Bowling Green, Suite 534    New York, NY 10004 |
| 8627958 | Stellantis Financial Services    3065 Akers Mill Rd SE    Atlanta, GA 30339 |
| 8627959 | US Small Business Administration    2 North Street, Suite 320    Birmingham, AL 35203 |
| 8627960 | US Small Business Administration    Attn: Jeffrey H. Schervone, Esq., Attorn    Office of General Counsel – NY District    26 Federal Plaza, Suite 3100    New York, NY 10278 |

TOTAL: 25