KIRBY AISNER & CURLEY LLP
*Attorneys for the Debtor*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
Dawn Kirby, Esq.
dkirby@kacllp.com
Jessica M. Hill, Esq.
jhill@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

RACHEL WILLIAMS,

                    Debtor.
----------------------------------------------------------X

Chapter 7
Case No. 25-22943(SHL)

## <u>CERTIFICATE OF SERVICE</u>

I, Jessica M. Hill, do hereby affirm under penalty of perjury, that I am not a party to the action, and I am over 18 years of age, and I am an employee of the law firm of Kirby Aisner & Curley LLP, 700 Post Road, Suite 237, Scarsdale, New York 10583

On the 8th day of December 2025, Deponent served a copy of: (i) *the Notice of Chapter 7 Bankruptcy Case (Form 309A)* [ECF No. 4], and (ii) *Notice of Possible Dividends and of Last Date to File Claims* [ECF No. 9] upon the party by depositing a true copy of same enclosed in a pre-paid wrapper in an official depository under the exclusive care and custody of the United States Postal Service by First Class.

Additionally, all parties received ECF/CM System Notifications in this case received same.

         */s/ Jessica M. Hill*
         Jessica M. Hill

### SERVICE LIST

Leslie Max
146-56 23rd Avenue
Whitestone, NY 11357