UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

In re: : Chapter 7

                       :

RACHEL WILLIAMS, : Case No. 25-22943 (SHL)

                       :

                 Debtor. :

------------------------------------------------------------- x

**ORDER AUTHORIZING THE TRUSTEE TO RETAIN
R3M LAW, LLP AS HIS ATTORNEYS**

Upon the application (the "Application") dated February 9, 2026 of Howard P. Magaliff, the chapter 7 trustee (the "Trustee") of the estate of the above-named Debtor, for authority to retain the law firm of R3M Law, LLP ("R3M") as his attorneys in connection with the administration of the case pursuant to sections 327(a) and (d) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2014-1; and upon the Declaration of Howard P. Magaliff submitted in compliance with the Local Rules of this Court; and it appearing that R3M is disinterested within the meaning of section 101(14) of the Bankruptcy Code and that R3M does not represent any interest adverse to the estate; and notice being adequate and sufficient; and the United States Trustee having no objection to the entry of this Order; and sufficient cause appearing, it is

      **ORDERED** that the Application is granted as set forth herein; and it is further

      **ORDERED** that, pursuant to 11 U.S.C §§ 327(a) and (d), the Trustee is authorized to retain the law firm of R3M Law, LLP as his attorneys in this case; and it is further

      **ORDERED** that the compensation and reimbursement of expenses of R3M shall be sought upon, and paid only upon an order granting, a proper application pursuant to sections

330 and 331 of the Bankruptcy Code, as the case may be, and the applicable Bankruptcy Rules,

Local Rules and fee and expense guidelines and orders of this Court; and it is further

**ORDERED** that R3M shall advise the Trustee, the Court and the United States

Trustee in writing of any rate change during the course of this engagement; and it is further

**ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

**ORDERED** that if there is any inconsistency between the terms of this Order, the

Application, and the supporting Affidavit, the terms of this Order shall govern.

Dated:  White Plains, New York
February 12, 2026

*/s/ Sean H. Lane*
United States Bankruptcy Judge

**NO OBJECTION:**
William K. Harrington
United States Trustee
By:

/s/ Paul Schwartzberg
Paul Schwartzberg, Trial Attorney
Dated:  February 9, 2026

2

4892-9113-0988, v. 1